

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Jonathan Lee Riches ©,
Plaintiff

CIVIL NO: 07-5481

v.

Keira Knightley d/b/a The Duchess,
Defendant

## Complaint

"42 USC 1983 / Harassment Knightly, daily, Afternoons, evenings.

Comes Now the Plaintiff, Jonathan Lee Riches ©, in pro-se, Moves under 42 USC 1983. I'm seeking $16 million and a Restraining order Against the Duchess. Knightley has been financially supporting my 6th amendment rights being violated under Booker and FanFan. Everytime Knightley makes a film, her federal tax money is contributing to my Kidnaping. This is material support of Terrorism. She acts like she does not care about me, she advocates federal inmates being tortured. I'm over 500 miles away from my family, I'm in solitary, I don't eat properly, I'm not getting proper dental care, medical care, these are Constitutional violations. She is the Duchess of harassment.

Jonathan Lee Riches ©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully
Submitted,

Jonathan Lee Riches ©

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs.

☐ Relief other than monetary damages is sought

DATE: _____   Attorney-at-Law _____   Attorney I.D.# _____

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: DEC 24 2007

Deputy Clerk _____   Attorney I.D.# _____

CIV-609 (9/99)